IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

JOHN FRANCIS,

                Defendant.

**4:23CR3045**

**ORDER**

Defendant has moved to continue the pretrial motion deadline, (Filing No. 22), because Defendant and defense counsel need additional time to fully review the discovery. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)    Defendant's motion to continue, (Filing No. 22), is granted.

2)    Pretrial motions and briefs shall be filed on or before July 20, 2023.

3)    The previously scheduled conference call with the undersigned magistrate judge remains scheduled to be held on July 27, 2023, at 9:15 a.m.

Dated this 13th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge