IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN FRANCIS,<br><br>    Defendant. | 4:23CR3045<br><br>ORDER |

The defendant has filed a Motion to Suppress and Request for Hearing (Filing No. 43). Accordingly,

**IT IS ORDERED:**

1. On or before **March 1, 2024**, the government shall file its brief in opposition to the defendant's motion.

2. On or before **March 8, 2024**, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand deliver their proposed witness list(s), exhibit list(s), and copies of all exhibits.

Dated this 26th day of February, 2024.

                BY THE COURT:

                *s/ Jacqueline M. DeLuca*
                United States Magistrate Judge