IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN FRANCIS,<br><br>                Defendant. | **4:23CR3045**<br><br>**ORDER** |

The defendant has filed a Motion to Dismiss (Filing No. 42).  Accordingly,

    IT IS ORDERED:

1. On or before **March 1, 2024**, the government shall file its brief in opposition to the defendant's motion to dismiss.

Dated this 26th day of February, 2024.

                                                    BY THE COURT:

                                                    *s/ Jacqueline M. DeLuca*
                                                    United States Magistrate Judge