IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOHN FRANCIS,<br><br>                Defendant. | 4:23CR3045<br><br>**FINAL ORDER OF FORFEITURE** |

    This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 119.) Having reviewed the record in this case, the Court finds as follows:

    1.    On November 15, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $6,107.00 in United States currency and a Springfield Armory Hellcat 9mm pistol (Filing No. 106).

    2.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on November 19, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on March 18, 2025 (Filing No. 118).

    3.    The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

    4.    The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

    1.    Plaintiff's Motion for Final Order of Forfeiture (Filing No. 119) is granted;

    2.    All right, title and interest in and to the $6,107.00 in United States currency and a Springfield Armory Hellcat 9mm pistol seized from Defendant on or about March 4, 2023, held by any person or entity are forever barred and foreclosed;

3. The $6,107.00 in United States currency and a Springfield Armory Hellcat 9mm pistol is forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 28th day of March, 2025.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States District Judge