IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN FRANCIS,<br>Defendant. | **4:23CR3045**<br>**ORDER** |

Counsel for defendant notified the court on 9/24/2026 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibit No. 101 from Trial held November 12-13, 2024

Defendant's Exhibit No. 101 and 102 from Sentencing held March 27, 2025

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

Dated this 24th day of September, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge